AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL J. AVERY<br><br>*Defendant(s)* | Case No.  4:20 MJ 7180 SPM<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 30, 2020** in the county of **County of St. Louis** in the **Eastern** District of **Missouri**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2101 | Rioting |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

Ryan Monahan, SA, FBI

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: 05/31/2020

*Judge's signature*

City and state:  St. Louis, Missouri     Honorable Shirley Padmore Mensah, U.S. Magistrate Judge

*Printed name and title*