UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20 MJ 7180 SPM |
| | ) |
| MICHAEL J. AVERY, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S ENTRY OF APPEARANCE**

COME NOW Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Sirena Miller Wissler, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_s/Sirena Miller Wissler_
SIRENA MILLER WISSLER, #55374MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri  63102
(314) 539-2200