UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 MJ 7180 SPM |
| | ) | |
| MICHAEL J. AVERY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SEALING ORDER

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen,

United States Attorney for the Eastern District of Missouri, and Sirena M. Wissler, Assistant

United States Attorney for said District, and moves this Court for an order directing that the

complaint and arrest warrant entered by this Court be sealed until further order of this Court.


Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


 s/Sirena Miller Wissler
SIRENA MILLER WISSLER, #55374MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri  63102
(314) 539-2200


Dated: May 31, 2020