UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20 MJ 7180 SPM ) |
| MICHAEL J. AVERY, | ) ) |
| Defendant. | ) |

**O R D E R**

On motion of the United States of America, it is hereby ordered that the complaint and arrest warrant and this Order issued thereto be sealed until further order of the Court.

_____
SHIRLEY P. MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated: This 31st day of May 2020.