

## U.S. Department of Justice

United States Attorney
Eastern District of Missouri

Violent Crime Unit

---

| | | |
|---|---|---|
| SIRENA M. WISSLER<br>Assistant United States Attorney | Thomas Eagleton U.S. Courthouse<br>111 S. l0th Street, Rm. 20.333<br>St. Louis, MO  63102 | OFFICE:  314-539-2200<br><br>sirena.wissler@usdoj.gov |

June 1, 2020

Mr. Gregory J. Linhares
Clerk, United States District Court
111 South Tenth Street
Saint Louis, Missouri 63102

        Re:    United States v. Michael J. Avery
               Case No. 4:20 MJ 7180 SPM
               Lift of Complaint Suppression

Dear Mr. Linhares:

The complaint filed in the above-referenced matter was suppressed.  We respectfully request that the suppression of the complaint be lifted.

Please do not hesitate to contact me if you have any questions or require additional information.

        Very truly yours,

        *s/Sirena M. Wissler*
        SIRENA M. WISSLER
        Assistant United States Attorney