IN THE UNITED STATES DISTRICT COURT
EASTERN  DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | )    NO: 4:20 MJ 718O SPM |
| | ) |
| MICHAEL J. AVERY, | ) |
| | ) |
|   Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW attorney Marleen M. Suarez, Suarez Law PC, and enters her appearance on behalf of Defendant Michael J. Avery.

Respectfully submitted,

*/s/ Marleen M. Suarez*
_____
Marleen M. Suarez
MO Bar # 60377
Suarez Law PC
22 Summer Tree Lane
Collinsville, IL 62234
(618) 920-8375 cell
(866) 439-9765 fax
suarezlawoffice@aol.com