UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 MJ 7180 SPM |
| | ) | |
| MICHAEL J. AVERY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 /s/Michael A. Reilly
MICHAEL A. REILLY, #43908(MO)
Assistant United States Attorney