RECEIVED JUN 08 2020 BY MAIL


**Impact Agape**
MINISTRIES

*4:20mj 7180 SPM*

**June 5, 2020**

**United States Court**
**Honorable Judge Patricia Cohen**
**111 South 10th Street**
**Court Room 9 North**
**St. Louis, MO 63102**

**Dear Honorable Judge Patricia Cohen;**

I am writing to you in support of Michael Avery. My name is Kenneth Haynes Pastor/Founder of Impact Agape Ministries Church. Michael has been a member of Impact Agape Ministries since October 2019. In November 2019 when we start our Community Outreach program Michael was excited about being a part of it because he has been a community advocate for several years. He has a passion for working with people. I have always seen Michael help elderly neighbors as well as coaching young baseball players.

I have known Michael all of his life and he is known to be respectful, gentle in all works of his life. Michael exhibited an example of character, great work ethic and commitment with his lawn care and handy man work. There are many people in whom he worked for that loves his work and personality. He always answers with respect sir & ma'am the way that his parents raised him. When he is not working his regular security job on his days off many of his referral comes from appreciative neighbors, family and friends because of the quality of work that he does.

Michael is a single parent taking care of his 3 year old daughter. He is very concern about his life and wellbeing of his daughter. Your honor thank you for taking time to read this letter, kindly consider his situation when making your decision.

Yours truly;

*[signature]*
**Kenneth Haynes**
**Pastor/Founder**
**Impact Agape Ministries**

Impact Agape Ministries 11725 Bellefontaine Rd Spanish Lake, MO 63138 314-329-8387



**Impact Agape**
MINISTRIES

11725 Bellefontaine Rd.
St. Louis, MO 63138



SAINT LOUIS MO 630
05 JUN 2020 PM 5 L
FOREVER / USA

RECEIVED
JUN 08 2020
BY MAIL

United States Court
Honorable Judge Patricia Cohen
111 South 10th Street
Court Room 9 North
St. Louis, MO 63102

63102-112599