

Rena Brown
1933 California Ave.
St. Louis, Mo. 63104

June 5, 2020

United States Court
Honorable Judge Patricia Cohen
111 South 10th Street
Court Room 9 North
St. Louis, MO 63102

Dear Honorable Judge Patricia Cohen;

I Rena Brown would like to express my support and encouragement on the character of one Michael Avery. In all the time that I have known this young man he has always exemplified excellence in his hard work ethics, behavior, and attitude toward others regardless of race, creed or color. Michael is both kind and generous to many in the communities of St. Louis. Mr. Avery has volunteer whenever possible in between working his full time job and caring for his loving daughter gardening and lawn care throughout many of St. Louis senior citizens homes, churches, neighbors and day care centers. I speak with great pride and acknowledge this young man passion for life and standing up to the injustice predicated upon all men of color. As so many countless people of all races, who have stood up in protest at college campus, marches on Washington for women rights, equal rights, animal rights and the list goes on and on. I propose the question your honor what makes Mr. Michael Avery passionate position of protesting so significantly different from all protest of all people of the past? Absolutely nothing. Mr. Michael Avery has great concern for his life & desire to come home to his daughter & family sadly enough just like Mr. George Floyd would have wanted to come home to his love one. Thank you, your honor for considering this letter.

Sincerely Yours,

*Rena Brown*
Rena Brown

Rena Brown
1933 California Ave
St. Louis, MO 63104



RECEIVED
JUN 0 8 2020
BY MAIL

United States Court
Honorable Judge Patricia Cohen
111 South 10th Street
Court Room 9 North
St. Louis, MO 63102

63102-112599