IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 4:20-MJ-7180 SPM |
| MICHAEL AVERY, ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Comes now Kevin B. Gau, Assistant Federal Public Defender, and prays that this Court grant counsel and the Office of the Federal Public Defender leave to withdraw as counsel for Michael Avery, as private counsel has entered her appearance on behalf of Mr. Avery.

Wherefore, counsel prays this Court grant the Office of the Federal Public Defender leave to withdraw as counsel for the Defendant in this cause.

Respectfully submitted,

/s/ Kevin B. Gau
KEVIN B. GAU, #51595MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 241-1255
Email: Kevin_Gau@fd.org
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

/s/ Kevin B. Gau
KEVIN B. GAU
 Assistant Federal Public Defender