

## Bring Them Home STL
### Search & rescue
### (314)366-9663

4:20 mj 7180 SPM

Bring them home STL LLC is a team made up of volunteers. We are a 24-hour rescue team. The S&R is a group of people that volunteer our time to help families find their loved ones. We go into vacant buildings, wooded areas we even travel out of town to bring them home. We risk Our Lives daily looking for the missing. We come out of our own pocket for gas for food for any type of equipment that we may need. We also help with the missing after they are found.by working with other organizations and mentoring some of the missing. Mike Avery is a very import part of our team. Mike is the recruiter foe search and rescue and the lead foot soldier for the company. Mike Avery has assisted with bringing home over 25 people this year alone. When he is not out with the team, he is training the team to clear houses and safety equipment. Mike Avery also has work with the trouble youth that we assisted with finding. He teaches them how to grow found food and build houses. He is a very important aspect to our team and community. He is a great role model for our trouble teens. The last child he was working with Jerome Baker Has PTSD from his father being missing. Mike Avery hired him to work on houses and learn construction. He is a great mentor to our youth. His job with Search and Rescue goes beyond him just finding the missing.

Sincerely ,

Search And Rescue



RECEIVED    Drop Box

JUN - 9 2020

U.S. District Court
Eastern District of MO

**United States Court**
**Honorable Judge Patricia Cohen**
**111 South 10th Street**
**Court Room 9 North**
**St. Louis, MO 63102**