

**OFFICE OF THE MAYOR**
CITY OF ST. LOUIS
MISSOURI

**LYDA KREWSON**
MAYOR

**EXECUTIVE ORDER NUMBER 66**

CITY HALL - ROOM 200
1200 MARKET STREET
SAINT LOUIS, MISSOURI 63103-2877
(314) 622-3201
FAX: (314) 622-4061
KREWSONL@STLOUIS-MO.GOV

**WHEREAS,** on the evening of June 1, 2020 and the morning of June 2, 2020 rioting occurred in the City of St. Louis, which included widespread criminal behavior including assault upon persons with deadly weapons and wide spread intentional damage to the property of persons, and

**WHEREAS,** it is likely that such rioting will recur endangering the health, welfare, and safety of the people of the City of St. Louis, and

**WHEREAS,** Article VI, Section 19(a) of the Constitution of Missouri confers upon constitutional charter cities such as St. Louis all of the power that the legislature may confer upon a city, subject to statutory and constitutional limitations, and

**WHEREAS,** Article VII, Section 1 of the Charter of the City of St. Louis confers upon the mayor the power to exercise all the executive power of the City, and imposes upon the mayor the duty to see that all laws are enforced within the City,

**NOW, THEREFORE, IT IS HEREBY DECLARED BY THE MAYOR OF THE CITY OF ST. LOUIS AS FOLLOWS:**

I hereby DECLARE that an emergency exists and ORDER that a curfew shall commence at 9:00 p.m. on June 2, 2020 and extending until 6:00 a.m. the following morning, and such curfew will be repeated daily until further order.

Under the terms of this curfew no person, unless subject to an exception specified below, shall remain on a city street or sidewalk during the hours of the curfew, or to remain in a motor vehicle.  The exceptions to this order are those persons: 1) who are traveling directly to and from work or to their homes lawfully, 2) city, state, and federal employees performing their work assignments, 3) news media with credentials, 4) those traveling for medical treatment or assisting those traveling for medical treatment, 5) those who have no housing.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused to be affixed the Seal of the City of St. Louis, this 2nd day of June, 2020.

THE CITY OF ST. LOUIS

*Lyda Krewson*
**MAYOR LYDA KREWSON**

Attest::

*Dionne M F*
**REGISTER, DIONNE FLOWERS**