UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 MJ 7180 SPM |
| | ) | |
| MICHAEL J. AVERY, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES OF AMERICA'S
MOTION TO DISMISS COMPLAINT**

COMES NOW, the United States of America and states as follows in support of its motion to dismiss the complaint against defendant Michael J. Avery:

1. On May 31, 2020, a one-count complaint was filed against Michael J. Avery in the above-referenced matter.

2. This investigation remains ongoing, in this jurisdiction and elsewhere.

3. The United States moves to dismiss, and respectfully requests that this Court dismiss, the charges against Michael J. Avery in this matter (case number 4:20 MJ 7180 SPM), for now, without prejudice.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Michael A. Reilly*
MICHAEL A. REILLY, #43908(MO)
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.  4:20 MJ 7180 SPM |
| MICHAEL J. AVERY, | ) ) | **FILED UNDER SEAL** |
| Defendant. | ) ) ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of this Court endorsed hereon, the United States of America, via the United States Attorney for the Eastern District of Missouri, hereby dismisses the complaint filed against the above-named defendants without prejudice.

        Respectfully submitted,

        JEFFREY B. JENSEN
        United States Attorney

        */s/ Michael A. Reilly*
        MICHAEL A. REILLY, #43908(MO)
        Assistant United States Attorney


Leave of Court is granted for the filing of the foregoing dismissal.

        _____
        UNITED STATES MAGISTRATE JUDGE

Dated:  This _____ day of June, 2020.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

BY: */s/ Michael A. Reilly*
MICHAEL A. REILLY, #43908(MO)