UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:20 MJ 7180 SPM ) |
| MICHAEL J. AVERY, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) ) ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of this Court endorsed hereon, the United States of America, via the United States Attorney for the Eastern District of Missouri, hereby dismisses the complaint filed against the above-named defendants without prejudice.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Michael A. Reilly*
MICHAEL A. REILLY, #43908(MO)
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  This 17th day of June, 2020.